IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLOGG BROWN & ROOT INTERNATIONAL, INC., | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-07-2684 |
| ALTANMIA COMMERCIAL MARKETING CO. W.L.L., | § § § § | |
| Defendant. | § | |

**PRELIMINARY INJUNCTION ORDER AGAINST DEFENDANT
ALTANMIA COMMERCIAL MARKETING CO. W.L.L.**

On August 20, 2007, this court heard Plaintiff Kellogg Brown & Root International, Inc.'s (KBRI) request for the issuance of a Temporary Restraining Order and Preliminary Injunction against Defendant Altanmia Commercial Marketing Co. W.L.L. ("Altanmia"). After considering the pleadings; the motions, the responses, and replies; the parties' submissions; and the applicable law, this court finds that KBR is entitled to injunctive relief against Altanmia, as follows:

The parties are currently engaged in an international arbitration proceeding styled as follows: Case No. 50 181 T 00189 07, *Altanmia Commercial Marketing Co. W.L.L. v. Kellogg Brown and Root International, Inc.*, In an Arbitration in the Hague Under the Rules of the International Centre for Dispute Resolution (the "Arbitration"). The Arbitration involves a dispute regarding two subcontracts identified as RIO-JIK-S0138, effective

October 28, 2003 ("Subcontract S0138"), and RIO-JIK-S00164, dated November 5, 2003 ("Subcontract S00164"), respectively. Subcontract S0138 and Subcontract S00164 provide that disputes arising under such Subcontracts are subject to binding arbitration.

In connection with the Arbitration, Altanmia submitted numerous vehicle reimbursement claim documents related to a third subcontract between the parties identified as GU67-KJS-S-0040, dated May 18, 2003 ("Subcontract S0040"). Altanmia submitted the documents in connection with its obligation to submit the documents on which it relies to recover from KBRI in the Arbitration. Altanmia's claims for vehicle reimbursement related to Subcontract S0040 total in excess of $3 million. Subcontract S0040 does not clearly express the parties' intent to submit disputes under that Subcontract to binding arbitration.

Under Rule 65 of the Federal Rules of Civil Procedure, this court enjoins Altanmia, its officers, agents, servants, employees, attorneys, and all persons or entities acting in concert or in participation with Altanmia or on Altanmia's behalf, from asserting claims related to Subcontract S0040 in the Arbitration of claims arising under Subcontracts S0138 and S00164, without notice to and further Order by this court.

KBR is not required to post a bond or other security in support of this Preliminary Injunction because Altanmia faces no risk of loss as a result of the injunctive relief granted.

This Preliminary Injunction will remain in place until further Order of this court.

SIGNED on January 14, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge