**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KELLOGG BROWN & ROOT INTERNATIONAL, INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-07-2684 |
| ALTANMIA COMMERCIAL MARKETING CO. W.L.L., | § § § § | |
| Defendants. | § | |

**ORDER**

On February 28, 2008, this court ordered Chris Niakaros to be made available for a deposition by Altanmia in the above referenced matter. (Docket Entry No. 57). This court ordered Altanmia to cover reasonable expenses incurred by Niakaros's counsel in connection with the deposition. (*Id.*).

The Niakaros deposition took place on May 13, 2008. On May 14, 2008, Niakoros's counsel, Thomas J. Butters, sent a bill to David Waddell, Altanmia's counsel, for $6,030.00. Upon receiving the bill, Waddell told Butters that Altanmia would not pay for the time Butters spent preparing for Niakoros's deposition with counsel for Kellogg Brown & Root International, Inc. Butters states that as an accommodation to receive prompt payment, he deducted the time spent with KBR's counsel and sent Waddell a revised bill for $5,062.50. Butters states that the bill has not been paid.

The court ORDERS that counsel for Altanmia, appear on **November 6, 2008, at 8:30**

**a.m.,** at the United States Courthouse, Courtroom 11B, 515 Rusk, Houston, Texas, to show cause why Altanmia should not be ordered to pay Butters $5,062.50. Butters may participate by telephone if arrangements are made in advance with the case manager, Ms. Eddins.

SIGNED on October 27, 2008, at Houston, Texas.

Lee H. Rosenthal
United States District Judge