IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLOGG BROWN & ROOT INTERNATIONAL, INC., | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-07-2684 |
| ALTANMIA COMMERCIAL MARKETING CO. W.L.L., | § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons stated in this court's December 3, 2008 Memorandum and Opinion, this court enters a declaratory judgment that Kellogg Brown & Root International, Inc. (KBR) is not obligated to compensate Altanmia Commercial Marketing Co., W.L.L. for vehicle loss or damage arising under Subcontract GU67-KJ5-S0040.  The remaining claims, defenses, and counterclaims are dismissed with prejudice.  Under Rule 54(d)(1) of the Federal Rules of Civil Procedure, KBR, as a prevailing party, will submit a bill of costs within fourteen days of this judgment.  Altanmia will submit objections to the bill of costs within the time prescribed by Local Rule 54.2.

This is a final judgment.

SIGNED on March 23, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge